FILED BY _____ D.C.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

05 SEP -7 PM 4: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA,**

       Plaintiff,

vs.

       Case No. 05-20329 D V

**MICHAEL HOOKS, SR.,**

       Defendant.

---

## ORDER OF TRANSFER

---

In the interest of judicial economy, the above-styled case is hereby transferred to Judge J. Daniel Breen, who is presiding over related cases.

IT IS SO ORDERED this _7th_ day of _September_ 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20329 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Tim DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT