IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＿＿ D.C.

05 OCT 24  PM 5: 04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 05-20329-BV |
| | ) |
| MICHAEL HOOKS, SR. | ) |

## ORDER GRANTING LEAVE TO FILE ADDITIONAL MOTIONS

The defendant has moved for leave to file additional motions depending upon future government disclosures, the defense's continuing investigation, and the Court's rulings on the defendant's motions, including those filed on October 7, 2005.  For the reasons set forth in the motion, and for good cause shown, it is hereby

**ORDERED** that the defendant shall have until December 16, 2005 to file additional motions.  It is hereby further

**ORDERED** that the Court will extend this deadline upon a showing of good cause.

SIGNED this 24th day of October, 2005

HONORABLE J. DANIEL BREEN
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20329 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Tim DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Steven E. Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Honorable J. Breen
US DISTRICT COURT