IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 12 AM 11: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                  CR. NO. 05-20329-B

MICHAEL HOOKS, SR.,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND SETTING

This cause came on for a report date on December 8, 2005. At that time counsel for the defendants requested a continuance of the trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to March 20, 2006 with a **report date of Monday, February 28, 2006, at 9:00 a.m.**, in Courtroom 1, 11th Floor of the Federal Building, Memphis, TN.

The period from December 16, 2005 through April 14, 2006 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 12th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-12-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20329 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

Tim DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steven E. Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Marc N. Garber
THE GARBER LAW FIRM, P.C.
4994 Lower Roswell Rd., NE
Ste. 14
Marietta, GA 30068

Honorable J. Breen
US DISTRICT COURT